1   BENJAMIN B. WAGNER
    United States Attorney
2   KIMBERLY A. SANCHEZ
    Assistant United States Attorney
3   2500 Tulare Street, Suite 4401
    Fresno, CA 93721
4   Telephone:  (559) 497-4000
    Facsimile:   (559) 497-4099

5

6

7   Attorneys for Plaintiff
    United States of America

8

9            IN THE UNITED STATES DISTRICT COURT

10            EASTERN DISTRICT OF CALIFORNIA

11

12   UNITED STATES OF AMERICA,       CASE NO.  1:15-MJ-00116 SAB

                 Plaintiff,       ORDER ON STATE OF CALIFORNIA WRIT FOR
13                        HABAES CORPUS AD PROSEQUENDUM

             v.
14

15   BOUALONG SILKEUTSABAY,

                 Defendant.
16

17

18         On August 17, 2015, the Honorable Gary Hoff, a Superior Court Judge for the State of California,

19 County of Fresno, requested that the body of the above-named defendant be produced in Fresno County

20 Superior Court to testify in the case of People v. Wilson Khounvixay, F14900610.  The defendant is

21 scheduled to appear in Department 71 to testify in the Khounvixay trial, which began on August 12, 2015.

22 The defendant is currently in the custody of the United States Marshal.  It appearing that the defendant's

23 presence is needed for trial in the state action on August 18, 2015, a date that does not conflict with any

24 federal court appearance:

25         IT IS HEREBY ORDERED that deputies of the Fresno County Sheriff's Office may produce the

26 defendant in state court on August 18, 2015 for purposes of his presence at trial, but shall return him

27 immediately after the proceeding has concluded on August 18, 2015.  The Court further orders that the

28 Fresno County Sheriff's Office can produce the defendant for future appearances in the Khounvixay trial

with his return immediately thereafter after to the custody of the U.S. Marshal Service as long as the defendant remains in the Fresno County Jail.  Under no circumstances is the defendant to be released from Fresno County Jail before returning him to the custody of the United States Marshal or upon further order from this court.


IT IS SO ORDERED.

Dated:   **August 17, 2015**

_____
UNITED STATES MAGISTRATE JUDGE